UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>R. PARCELLS,<br><br>        Defendant. | No. 2:22-cv-0514 KJM KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief under 42 U.S.C. § 1983.  On April 26, 2022, the undersigned directed that service proceed under the Court's E-Service pilot program.  On May 4, 2022, plaintiff notified the court that defendant's name is "R. Parcells," not Parrells.  Therefore, the Clerk of the Court is directed to change defendant's name on the docket, and to notify the California Department of Corrections and Rehabilitation ("CDCR") and the California Attorney General's Office in connection with the Court's E-Service pilot program to facilitate proper service.

     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to:

     1.  Change defendant's name on the docket to "R. Parcells," and

////

////

////

1

     2. Notify the California Department of Corrections and Rehabilitation ("CDCR") and the California Attorney General's Office in connection with the Court's E-Service pilot program to facilitate proper service on defendant R. Parcells.

Dated:  May 11, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0514.chg