UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PARCELLS,<br><br>    Defendant. | No.  2:22-cv-0514 KJM KJN P<br><br><br>ORDER TO SHOW CAUSE |

   Two recent court orders were served on plaintiff's address of record and returned by the postal service. The first was marked "paroled." It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. Therefore, plaintiff shall show cause, within thirty days, why this action should not be dismissed based on plaintiff's failure to notify the Court of a current address. Defendant is relieved of the obligations under the June 21, 2022 order pending further order of court.

   Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff show cause why this action should not be dismissed without prejudice for failure to prosecute. See Local Rule 183(b).

Dated:  July 28, 2022

/will0514.osc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE