UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:22-cv-0514 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. PARCELLS, | |
| Defendant. | |

Plaintiff is a former state prisoner, recently paroled. On July 28, 2022, the undersigned issued an order to show cause based on plaintiff's failure to keep the court apprised of his current address. Since the order issued, plaintiff has twice updated his address. Good cause appearing, the order to show cause is discharged.

The parties' obligation to comply with the June 21, 2022 order is reinstated, and the stay of this action remains in effect. As provided in the July 14, 2022 order, defendant shall contact the Courtroom Deputy to schedule a settlement conference by September 19, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 28, 2022 order to show cause (ECF No. 22) is discharged;

2. The parties' obligation to comply with the June 21, 2022 order is reinstated, and the stay of this action remains in effect; and

////

1

3. Defendant shall contact the Courtroom Deputy to schedule a settlement conference by September 19, 2022.

Dated: August 16, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0514.oscd

2