IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WILLIAMS,** | Case No. 2:22-cv-00514-KJM-KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **R. PARSELLS, et al.,** | |
| Defendant. | |

    Plaintiff is a former state prisoner. On January 26, 2023, defendant filed a motion for leave to conduct depositions in this case by remote means, and to relieve the court reporter from the requirement to be physically present with plaintiff during the deposition.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendant's motion for leave to conduct depositions in this action by remote means (ECF No. 33) is GRANTED. The parties are granted leave of this Court to conduct depositions in this matter by remote means – via videoconference – provided that each participant uses the same videoconference connection, and that each participant can hear, and be heard by, each other participant.

    2. IT IS FURTHER ORDERED that the court reporter's physical presence requirement under Rule 28 of the Federal Rules of Civil Procedure shall not apply to depositions conducted in

this matter. The court reporter is not required to be in the same physical location as any deponent.

Dated: January 27, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0514.dep