UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>                    Plaintiff,<br><br>      v.<br><br>R. PARCELLS,<br><br>                    Defendant. | No.  2:22-cv-0514 KJM KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a response to defendant's June 20, 2023, motion for terminating sanctions.  Good cause appearing, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for an extension of time (ECF No. 42) is granted; and

   2. Plaintiff is granted sixty days from the date of this order in which to file an opposition to defendant's motion for terminating sanctions (ECF No. 41).

Dated:  August 1, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/will0514.36